UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Kush C. Chakraborty,

        Plaintiff,

   -against-

The Riverside Church

        Defendant.
-------------------------------------------------------X

16 Civ. 9128 (KPF) ( )

NOTICE OF LIMITED APPEARANCE
OF *PRO BONO* COUNSEL

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of:

    Kush C. Chakraborty, Plaintiff [party]

    for the limited purpose of taking and defending depositions. I certify that I am admitted to practice in this Court.

December 21, 2017
Date

/s Peter H. Fountain
Signature

Peter H. Fountain
Print Name          Bar No.

825 Eighth Avenue
Address

New York, NY 10019
City      State      Zip Code

(212) 474-1000
Phone No.          Fax. No.

pfountain@cravath.com
Email Address